UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * *

Wayne E. Tysver,

Plaintiff,

vs. ORDER

United States of America,

Defendant. Civ. No. 02-845 (DWF/RLE)

* * * * * * * * * * * * * * * * * *

To: Robert O. Blatti, Pemberton, Sorlie, Rufer & Kershner, P.L.L.P., 110 North Mill Street, P.O. Box 866, Fergus Falls, Minnesota 56538.

At Duluth, in the District of Minnesota, this 26th day of August, 2002.

* * *

The above-entitled matter came before the undersigned United States Magistrate Judge upon routine supervision of cases filed in this Division, and upon an assignment made in accordance with Title 28 U.S.C. §636(b)(1)(A).

This matter was initiated on April 22, 2002 by the filing of a Complaint with the Clerk of Court. It appears that one hundred and twenty (120) days have passed and the Defendant has not been served with the Complaint and Summons as required by Rule 4(m) of the Federal Rules of Civil Procedure.

(2)

FILED AUG 26 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

WHEREFORE, Pursuant to the provisions of Rule 4(m) of the Federal Rules of Civil Procedure, it is --

ORDERED:

That counsel for the Plaintiff is directed to show good cause, in writing, within twenty (20) days of the date of this Order, for an extension of time in which service can be effectuated. In the absence of good cause shown, the Court shall Recommend that this action be dismissed for failure to effect proper service upon the Defendant and for failure of prosecution.

BY THE COURT:

Raymond L. Erickson
UNITED STATES MAGISTRATE JUDGE