UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * * *

Wayne E. Tysver,

Plaintiff,

vs. ADDENDUM ORDER

United States Government,

Defendant. Civ. No. 02-845 (DWF/RLE)

* * * * * * * * * * * * * * * * * * *

At Duluth, in the District of Minnesota, this 23rd day of April, 2003.

* * *

On April 10, 2003, the Court issued a Minute Order, relative to the Government's informal request for a clarification of the Court's Pretrial Schedule. The Government has advised that, in error, we referred, on page 3 of that Order, to the Motion before us as a Motion by the Plaintiff, and not as a Motion by the Government. We intended to relate that, upon further reflection, we concluded that the District Court might consider the Government's Motion as a request for a Daubert Hearing, see Daubert v. Merrell Dow Pharm, Inc., 509 U.S. 579 (1993), or its equivalent, or might otherwise regard the Motion as one in limine, and that counsel for the Government should contact the Calender Clerk to the District Court for the purpose of the determining whether the

(14)

FILED APR 23 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

District Court would prefer to hear this Motion, or refer it to this Court. We issue this Addendum Order to remedy that error.

NOW, THEREFORE, It is --

ORDERED:

That, counsel for the Government shall contact the Calendar Clerk of the District Court, in order to determine whether the District Court would prefer to hear its Motion, or refer it to this Court.

BY THE COURT:

Raymond L. Erickson
UNITED STATES MAGISTRATE JUDGE