UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 02-845 (DWF/RLE)

| | |
|---|---|
| WAYNE E. TYSVER, Plaintiff, v. UNITED STATES GOVERNMENT, Defendant. | ORDER OF DISMISSAL |

Based upon the Stipulation of Dismissal executed by the parties hereto,

IT IS ORDERED that the above-entitled matter may be and it is hereby dismissed, with prejudice, and on the merits without further cost to either party.

Dated:

Donovan W. Frank, Judge
United States District Court

JUN 27 2003
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK